JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada  89501
(775) 334-3338
Randy.StClair@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT LARSON,<br><br>　　　　　　Defendant. | Case No. 3:23-mj-00136-CLB<br><br>RE: Citation No. VP 001811<br><br>**Order Granting Government's Motion to Dismiss** |

　　　　Please take notice that Plaintiff United States of America hereby requests the citation be dismissed without prejudice.

　　　　DATED this 7th day of December 2023.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JASON M. FRIERSON
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　*/s/ Randolph J. St. Clair*
　　　　　　　　　　　　　　　　　　　　RANDOLPH J. ST. CLAIR

　　　　IT IS THEREFORE ORDERED that the CITATION against ROBERT LARSON is hereby DISMISSED.

　　　　Dated this __7th__ day of December 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CARLA L. BALDWIN
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge